# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KEITH E. COLEY, ADC #094008                                                      PETITIONER

v.                         No. 5:18cv00054 JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                               RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, Keith E. Coley's petition for writ of habeas corpus is DISMISSED, and the relief prayed for is DENIED.

IT IS SO ORDERED this 23rd day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE